UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN DEPARTMENT OF
ENVIRONMENT, GREAT LAKES,
AND ENERGY, et al.,

    Plaintiffs,

v.

GERALD R. FORD INTERNATIONAL
AIRPORT AUTHORITY,

    Defendant.

_____

GERALD R. FORD INTERNATIONAL
AIRPORT AUTHORITY,

    Third-Party Plaintiff,

v.

3M COMPANY, et al.,

    Third-Party Defendants.
_____/

Case No. 1:24-cv-520

HON. JANE M. BECKERING

## ORDER

On May 20, 2024, Third-Party Defendants Tyco Fire Products, LP and Chemguard, Inc. filed a Notice of Removal (ECF No. 1, corrected by ECF No. 5), removing this action from the Kent County Circuit Court. From a review of the court records, the status of Third-Party Defendants 3M Company, AGC Chemicals Americas, Inc., Archroma U.S., Inc., Arkema Inc., BASF Corporation, Buckeye Fire Equipment Company, Carrier Global Corporation, Chemdesign Products, Inc., Clariant Corp., Corteva, Inc., DuPont de Nemours, Inc., Dynax Corp., EIDP, Inc.,

Kidde PLC Inc., National Foam, Inc., The Chemours Company, UTC Fire & Security Americas Corpoation, and John Does 1-49 is unclear. Accordingly:

**IT IS HEREBY ORDERED** that Third-Party Plaintiff and Third-Party Defendants Tyco Fire Products, LP and Chemguard, Inc. shall, no later than August 20, 2024, file a joint notice advising the Court of the status of the above Third-Party Defendants, including the date of service of the summons and third-party complaint, if any, and whether the party has counsel, including the date the attorney appearance was entered in state court.

Dated: August 13, 2024                                    /s/ Jane M. Beckering
                                                         JANE M. BECKERING
                                                         United States District Judge