Case 1:24-cv-00520-JMB-RSK ECF No. 42, PageID.699 Filed 08/20/24 Page 1 of 1
2:18-mn-02873-RMG Date Filed 08/16/24 Entry Number 5600 Page 1 of 1
Case MDL No. 2873 Document 2823 Filed 08/16/24 Page 1 of 1

## UNITED STATES JUDICIAL PANEL
### on
### MULTIDISTRICT LITIGATION

IN RE: AQUEOUS FILM−FORMING FOAMS
PRODUCTS LIABILITY LITIGATION

| | | |
|---|---|---|
| Michigan Department of Environment, Great Lakes, | ) | |
| and Energy et al. v. Gerald R. Ford International | ) | |
| Airport Authority, | ) | |
| W.D. Michigan, C.A. No. 1:24-00520 | ) | MDL No. 2873 |

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action *(Michigan Department of Environment, Great Lakes, and Energy et al.)* on June 3, 2024. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs *Michigan Department of Environment, Great Lakes, and Energy et al.* filed a notice of opposition to the proposed transfer order. Plaintiffs later filed the required motion and brief to vacate the conditional transfer order. Plaintiffs have withdrawn their opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-194" filed on June 3, 2024, is LIFTED insofar as it relates to this action. This action is transferred to the District of South Carolina for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Richard M. Gergel.

FOR THE PANEL:

Marcella R. Lockert
Acting Clerk of the Panel

A TRUE COPY
ATTEST: ROBIN L. BLUME, CLERK

BY: *Sandra S. Shealy*

DEPUTY CLERK