

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
OFFICE OF THE CLERK
www.miwd.uscourts.gov

| 399 Federal Bldg. | 107 Federal Bldg. | 113 Federal Bldg. | 202 W. Washington St. |
| 110 Michigan St., NW | 410 W. Michigan Ave. | 315 W. Allegan St. | P.O. Box 698 |
| Grand Rapids, MI 49503 | Kalamazoo, MI 49007 | Lansing, MI 48933 | Marquette, MI 49855 |
| (616) 456-2381 | (269) 337-5706 | (517) 377-1559 | (906) 226-2021 |

August 9, 2024

FILED - KZ
October 1, 2024 11:02 AM

U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
_mg_ Scanned by mg / 10/1/24

17th Circuit Court for Kent County
180 Ottawa Ave NW
Grand Rapids, MI 49503

Re: Michigan Department of Environment, Great Lakes, and Energy et al v.
  Gerald R. Ford International Airport Authority
  Our Case No. 1:24-cv-520-JMB-RSK
  Your Case No. 23-08850-CE

Rec'd & Filed
AUG 1 4 2024
KENT COUNTY
CIRCUIT COURT

Dear Court Personnel:

Pursuant to the enclosed Order of Severance and Partial Remand to your Court filed August 6, 2024, we are herewith sending certified copies of our order of remand and docket sheet.

The documents that make up the case file are available electronically through PACER. Please contact our e-filing help desk via email at ecfhelp@miwd.uscourts.gov if you need further assistance.

Please acknowledge receipt of this partial remanded case by returning a date-stamped copy of this letter to our court in the enclosed self-addressed envelope. Thank you.

Sincerely,

CLERK OF COURT

/s/ Maggie

By: Deputy Clerk

Enclosures

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

GRAND RAPIDS MI 49\
14 AUG 2024PM 3 L

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

**BUSINESS REPLY MAIL**
FIRST CLASS MAIL    PERMIT NO. 12615    WASHINGTON, DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
410 MICHIGAN AVE
KALAMAZOO MI  49007-9926